HON. RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED THERMAL SOLUTIONS, <br><br> Defendant. | No. C 11-897 RSM <br><br> **AFFIDAVIT OF SERVICE** |

See Service Return for John Conway Registered Agent attached hereto.

DATED this 22nd day of July, 2011.

                                                 s/Daniel Hutzenbiler
                                                 Daniel Hutzenbiler, WSBA No. 36938
                                                 Attorney for Plaintiffs
                                                 Robblee Detwiler & Black
                                                 2101 Fourth Ave, Suite 200
                                                 Seattle, WA 98121
                                                 Telephone: (206) 467-6700
                                                 Fax: (206) 467-7589
                                                 E-mail: dhutzenbiler@unionattorneysnw.com

AFFIDAVIT OF SERVICE
C 11-897 RSM - 1

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

**STATE OF WASHINGTON**                                **COUNTY OF**

United States District Court for the Western District of Washington

**NW Sheet Metal Workers Welfare Fund**
   *Plaintiff,*
  -vs-
**Advanced Thermal Solutions**
   *Defendant.*

Civil Action No: **C11-897-RSM**

### SERVICE RETURN FOR JOHN CONWAY REGISTERED AGENT

I, **Eugene K Dobbins**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [▶]  I made service of said *Summons in a Civil Action and Complaint* in the county aforesaid on the **6th** day of **June, 2011**, at **6:47 PM** by delivering a copy of the same, to **John Conway Registered Agent** to wit:

   a.  [▶]  Personally and in person at: **4980 Yesness Court Casper, WY**
  [▶] Home
  [ ] Work
  [ ] Bank
  [ ] Other

   b.  [ ]  By leaving copies with _____, a person over the age of 14 years old, residing at the defendant's usual place of abode: .

2. [ ]  **I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:**

True

         *Eugene K Dobbins* (signed)
         Eugene K Dobbins

Subscribed and sworn to before me by Eugene K Dobbins this **17** day of **June** 2011.

*Nancy C Patricelli* (signed)
Notary Public / Clerk

NOTARY PUBLIC
NANCY C PATRICELLI
STATE OF WYOMING
COUNTY OF NATRONA
My Commission Expires Dec 06, 2014

Robblee Brennan & Detwiler PLLP                                    268360

AFFIDAVIT OF SERVICE
C 11-897 RSM - 2